HAEGGQUIST & ECK, LLP
AMBER L. ECK (177882)
  ambere@haelaw.com
AARON M. OLSEN (259923)
  aarono@haelaw.com
225 Broadway, Suite 2050
San Diego, CA  92101
Telephone: 619-342-8000
Facsimile: 619-342-7878

Attorneys for Plaintiff and the Class

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| SHREYAS SINDAGHATTA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST AMERICAN FINANCIAL CORPORATION and FIRST AMERICAN TITLE INSURANCE COMPANY,<br><br>Defendants. | Case No.: 2:19-cv-06576-DSF(Ex)<br><br>ORDER APPROVING JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE BY PLAINTIFF SHREYAS SINDAGHATTA PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE §41(a)(1)(A)(ii)<br><br>Judge: Hon. Dale S. Fischer<br>Courtroom: 7D (First Street Courthouse)<br>Complaint Filed:  June 10, 2019<br>Trial Date: Not yet set. |

Having reviewed the parties' Joint Stipulation of Voluntary Dismissal with Prejudice by Plaintiff Shreyas Sindaghatta ("Plaintiff") pursuant to FEDERAL RULES OF CIVIL PROCEDURE §41(a)(1)(A)(ii) ("Stipulation"), the Court now Orders as follows:

1. The above-captioned action shall be dismissed with prejudice;
2. Each party shall bear its own attorneys' fees, costs, and/or expenses; and
3. Notwithstanding such dismissal, Plaintiff shall retain all rights, if any, as an absent putative class member to recover as such from any class-action settlement with, or judgment entered against, any Defendant in the related cases currently pending before this Court, or the two related state-court proceedings (*Weldon v. First American Title Co.*, Case No. 30-2019-01077622-CU-NP-CXC (filed June 18, 2019) and *Latta v. First American Financial Corp.*, Case No. 30-2019-01077622-CU-NP-CXC (filed June 24, 2019)) to which Defendants reserve all defenses, including but not limited to whether any putative class should ever be certified.

Dated: October 23, 2019   *[signature: Dale S. Fischer]*
THE HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE